HENRY M. FLINN, Respondent, *v.* THE AMERICAN ENGINE COMPANY, Appellant, Impleaded with Others.

*Flinn* v. *American Engine Co.*, 116 App. Div. 926, affirmed.
(Argued March 12, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 29, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*William C. Beecher* and *John H. Parsons* for appellant.

*James C. Cropsey* and *Frederick W. Catlin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.